STUART F. DELERY
Acting Assistant Attorney General
Civil Division
ELIZABETH J. STEVENS
Assistant Director
Office of Immigration Litigation
District Court Section
MELISSA S. LEIBMAN, NYSBN 4442877
Trial Attorney
Office of Immigration Litigation
District Court Section
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Tel: (202) 305-7016
    Fax: (202) 305-7000
    Email: melissa.leibman@usdoj.gov
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANG KO, SUNG KO, and YOUNG KO, | **Case No.: 2:11-cv-8689-DMG** |
| Plaintiffs, | **JUDGMENT** |
| vs. | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, | |
| Defendants. | |

On March 29, 2013, this Court granted Defendants' Motion for Summary

Judgment [ECF No. 25] and denied Plaintiffs' Motion for Summary Judgment

[ECF No. 27].

Accordingly, judgment is hereby entered in favor of Defendants and against

Plaintiffs.

Each party shall bear its own fees and costs.

**IT IS SO ORDERED.**


DATED:  April 10, 2013


_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE